TIONNA DOLIN (SBN: 299010)
tdolin@slpattorney.com
ARIEL S. HARMAN-HOLMES (SBN 315234)
aharman-Holmes@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone.: (310) 929-4900
Facsimile: (310) 943-3838
Attorneys for Plaintiffs,
LEIGH WHITE AND GENE E. RUMP

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JAMES P. MAYO (SBN: 169897)
jmayo@grsm.com
RESHMA A. BAJAJ (SBN 227106)
rbajaj@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054
Attorneys for Defendant,
FCA US LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH WHITE and GENE E. RUMP,<br><br>        Plaintiff(s)<br><br>   vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>        Defendant(s). | Case No. 2:21-cv-02377-KJM-AC<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE PRE-TRIAL DATES AND RELATED DEADLINES**<br><br>Complaint Filed:   December 20, 2021 |

-1-

ORDER ON JOINT STIPULATION TO CONTINUE PRE-TRIAL DATES AND
RELATED DEADLINES

# [ORDER

The Court, having considered the Joint Stipulation to Continue the Pre-Trial Dates and Related Deadlines, filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation to Continue the Pre-trial Dates and all Related Deadlines, including motions, and requests therein are GRANTED;
2. Last Day to Conduct ADR: October 13, 2023.
3. Report To Court Concerning Mediation: October 20, 2023.
4. Last Day to Hear Motions: September 21, 2023.
5. Non-Expert Discovery Cut-Off is continued to July 21, 2023.
6. Expert Disclosure is continued to July 28, 2023.
7. Expert Rebuttal is continued to August 11, 2023.
8. Expert Discovery Cut-Off is continued to August 25, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 23, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE