UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leigh White and Gene Rump, | No. 2:21-cv-02377-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| FCA US, LLC and Does 1 through 10, inclusive, | |
| Defendants. | |

Following the death of plaintiff Gene Rump, plaintiff Leigh White requests substitution in her capacity as the personal representative and the executor of the decedent's estate. For the reasons below, the court **grants** White's motion to substitute.

Plaintiffs brought this action against defendant FCA alleging several violations of the Song Beverly Consumer Warranty Act. *See* Mem. Substitute at 1, ECF No. 26. Plaintiffs notified the court Rump had died. *See* Statement of Death, ECF No. 25. White moves to be substituted as the proper party to proceed as plaintiff. Mot. Substitute at 1, ECF No. 26. Defendants have filed a statement of non-opposition. Non-Opp'n, ECF No. 28.

Under Federal Rule of Civil Procedure 25, if a party dies and their claim remains viable, the court may substitute a proper party, such as the decedent's successor or representative. Fed. R. Civ. P. 25(a)(1). The motion must be filed within 90 days after service of the statement noting the death. *Id.*; *see also Barlow v. Ground*, 39 F.3d 231, 233 (9th Cir. 1994). "In deciding a

1

motion to substitute under Rule 25(a)(1), a court must consider whether: (1) the motion is timely; (2) the claims pled are extinguished; and (3) the person being substituted is a proper party." *Veliz v. Cintas Corp.*, No. 03-1180, 2008 WL 2811171, at *1 (N.D. Cal. July 17, 2008).

Here, White has met all the requirements for substitution.  First, White timely moved to substitute: the notice of Rump's death was filed on January 19, 2024, and White filed her motion on January 23, 2024.  *Compare* Statement of Death *with* Mot. Substitute.  Second, California law permits a decedent's personal representative or successor to maintain a cause of action, unless a statute provides otherwise; death does not extinguish a legal claim.  *See* Cal. Code Civ. Proc. §§ 377.20, 377.30, 377.34, 377.40; Mem. Substitute at 2–3.  Lastly, White is a "proper party" within the meaning of Rule 25 because she was appointed as the personal representative of Rump's estate, which includes the power to maintain lawsuits and retain counsel.  *See id.* §§ 377.30 *et seq*; White Decl., ECF No. 26-1; Will & Trust, Mot. Substitute Ex. B, ECF No. 26-1.  As a result, the court **grants** White's motion.

This order resolves ECF No. 26.

IT IS SO ORDERED.

DATED:  February 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE