UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leigh White et al , <br><br> Plaintiff, <br><br> v. <br><br> FCA US LLC, <br><br> Defendant. | Case No.  2:21-cv-2377 KJM AC <br><br> **JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment, filed 04/17/2024 document #30.

April 26, 2024                                                                    KEITH HOLLAND, CLERK

                                                                                         By: /s/  J. Donati, Deputy Clerk