1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LEIGH WHITE and GENE RUMP,

      Plaintiffs,

      v.

FCA US LLC; and DOES 1 through 10, inclusive

      Defendants.

Case No. 2:21-cv-02377-KJM-AC

**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION**

On June 12, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby **grants** the Joint Stipulation and **orders** as follows:

1. The Joint Stipulation is Granted;

2. The Court continues the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from May 24, 2024 to July 24, 2024; and

3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are determined and payment satisfied.

-1-

IT IS SO ORDERED.

Dated:  June 13, 2024.

CHIEF UNITED STATES DISTRICT JUDGE