**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEIGH WHITE and GENE E. RUMP<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02377-KJM-AC<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION** |

  On July 23, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

  The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is **granted**;
2. The Court **continues** the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from July 24, 2024 to September 24, 2024; and
3. The Court **retains jurisdiction** over the action until Plaintiffs' fees, costs, and expenses are determined and payment satisfied.

IT IS SO ORDERED.

Dated: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE