UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH WHITE and GENE RUMP,<br>    Plaintiffs,<br><br>v.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 2:21-cv-02377-KJM-AC<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On September 23, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from September 24, 2024 to October 15, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: September 24, 2024.

_____
UNITED STATES DISTRICT JUDGE