## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH WHITE and GENE RUMP, | Case No. 2:21-cv-02377-KJM-AC |
| Plaintiffs, | Hon. Kimberly J Mueller |
| vs. | **ORDER** |
| FCA US, LLC.; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs LEIGH WHITE and GENE RUMP ("Plaintiffs") and Defendant FCA US, LLC. have agreed FCA US, LLC. will pay $21,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $21,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by February 1, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

/////

/////

1

**ORDER**

1    **IT IS SO ORDERED.**

2    Dated: November 6, 2024.

_____
UNITED STATES DISTRICT JUDGE